UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CODY RAY CASKEY,<br><br>          Plaintiff,<br><br>   vs.<br><br>DR. MAY, Healthcare Provider, individual capacity;<br>Dr. Lambert, Healthcare Provider, individual capacity;<br>Nurse Makayla, Nurse, individual capacity;<br>JANE DOES;<br>JOHN DOES,<br><br>          Defendants. | 4:15-CV-04143-KES<br><br><br>JUDGMENT |

Pursuant to the Order Dismissing the Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Cody Ray Caskey.

Dated November 5, 2015.

                              BY THE COURT:

                              /s/ *Karen E. Schreier*
                              KAREN E. SCHREIER
                              UNITED STATES DISTRICT JUDGE